**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: ) | Bky. Case No. 18-30752 |
| ) | Chapter 7 |
| William Reimer, ) | |
| ) | **NOTICE AND MOTION FOR** |
| ) | **APPROVAL OF SALE OF PROPERTY** |
| Debtor. ) | |
| ) | |

Gene W. Doeling, the bankruptcy trustee in this case, requests that the Court approve the online auction sale of assets as described below, to be conducted by Helbling Auctioneers on www.k-bid.com.

1. 2003 Harley Davidson FLHRCI motorcycle, VIN # 4173
2. 2000 Jeep Wrangler Sport/TJ Sport, VIN # 727009
3. 2012 Centurion Enzo boat and Centurion trailer
4. 2012 Premier PTX 250 S-Series tri-toon pontoon with Mercury Verado 300 motor and Shoreland'r trailer

The auction shall run for a period of 12 days, beginning June 13, 2019 and ending on June 25, 2019. The Court has approved the employment of Helbling Auctioneers, who shall receive 12% commission on the gross sales price, plus $2,850 to pick up the items and take them to the auction location and out of pocket costs for minor repairs, and a 13% K-Bid buyer's premium with a cap at $1,000 per item sold. The assets are to be sold AS IS AND WHERE IS, with no warranties or representations. The trustee requests that he be authorized to pay these fees immediately upon completion of the sale.

The bankruptcy estate has determined that there will be no adverse tax consequences to the bankruptcy estate as a result of this sale.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated

below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court<br>Quentin N. Burdick U.S. Courthouse<br>655 First Ave. N. – Suite 210<br>Fargo, ND 58107-4932 | United States Trustee<br>314 South Main Ave.<br>Suite 303<br>Sioux Falls, SD 57104-6462 | Trustee<br>(See address below) |

DATE OF MAILING: May 22, 2019   /s/ Gene W. Doeling
Gene W. Doeling
Bankruptcy Trustee
P.O. Box 9231
Fargo, ND 58106
(701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: WILLIAM REIMER | CASE NO: 18-30752<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 7 |

On 5/22/2019, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Sale of Property

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/22/2019

/s/ Gene W. Doeling
Gene W. Doeling  05078
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103
701 232 8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: WILLIAM REIMER | CASE NO: 18-30752 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 5/22/2019, a copy of the following documents, described below,

Notice and Motion for Approval of Sale of Property

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/22/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gene W. Doeling
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>08683<br>CASE 18-30752<br>DISTRICT OF NORTH DAKOTA<br>FARGO<br>WED MAY 22 10-08-31 CDT 2019 | A  K RAILROAD MATERIALS INC<br>1505 SOUTH REDWOOD ROAD<br>SALT LAKE CITY UT 84104-5106 | A 1 FIRE EQUIPMENT CO INC<br>PO BOX 9953<br>HOUSTON TX 77213-0953 |
| ADT<br>PO BOX 49292<br>WICHITA KS 67201-9292 | AE2S INDUSTRIAL LLC<br>4050 GARDEN VIEW DRIVE<br>SUITE 200<br>GRAND FORKS ND 58201-7215 | ATT<br>PO BOX 5080<br>CAROL STREAM IL 60197-5080 |
| ACCORDIA LIFE AND ANNUITY CO<br>PO BOX 305027<br>NASHVILLE TN 37230-5027 | AIRGAS GA<br>PO BOX 532609<br>ATLANTA GA 30353-2609 | AIRGAS IL<br>PO BOX 802576<br>CHICAGO IL 60680-2576 |
| AIRGAS TX<br>PO BOX 676015<br>DALLAS TX 75267-6015 | AIRGAS USA LLC<br>2015 VAUGHN RD BLDG 400<br>KENNESAW GA 30144-7802 | ALL AMERICAN TRACK INC<br>PO BOX 186<br>ASH FORK AZ 86320-0186 |
| AMERIPRIDE LINEN SERVICES<br>PO BOX 3100<br>BEMIDJI MN 56619-3100 | AMERIPRIDE SERVICES INC<br>PO BOX 3160<br>BEMIDJI MN 56619-3160 | ANDREW J SCHULTZ<br>PO BOX 2087<br>MINOT ND 58702-2087 |
| ARMSTRONG SANITATION<br>1108 8TH ST EAST<br>WILLISTON ND 58801-5770 | ARTHUR CHAPMAN KETTERING ET AL<br>500 YOUNG QUINLAN BLDG<br>81 SOUTH 9TH STREET<br>MINNEAPOLIS MN 55402-3214 | ASSOCIATED BENEFITS  RISK CONSULTING<br>6000 CLEARWATER DRIVE<br>MINNETONKA MN 55343-9448 |
| ATLANTIC TRACK  TURNOUT CO<br>PO BOX 827234<br>PHILADELPHIA PA 19182-7234 | ATLAS TIRE AND TRUCK CENTER<br>PO BOX 24428<br>HOUSTON TX 77229-4428 | AUTO VALUE PARTS STORE<br>1709 DYKE AVE<br>GRAND FORKS ND 58203-3446 |
| AVESIS THIRD PARTY ADMINISTRATORS INC<br>10400 N 25TH AVE SUITE 200<br>PHOENIX AZ 85021-1696 | BNSF RAILWAY CO<br>CO STUART J STEIN STEIN  ROTMAN<br>77 W WASHINGTON ST STE 1105<br>CHICAGO IL 60602-3249 | BNSF RAILWAY COMPANY<br>2500 LOU MENK DRIVE AOB3<br>FORT WORTH TX 76131-2828 |
| BAKKEN AGGREGATES LLC<br>115 S 48TH STREET<br>TEMPE AZ 85281-2312 | BALBOA CAPITAL CORPORATION<br>575 ANTON BOULEVARD 12TH FLOOR<br>COSTA MESA CA 92626-7169 | BANK FORWARD<br>1301 RALPH ENGELSTAD ARENA DRIVE<br>GRAND FORKS ND 58203-2169 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| BANK FORWARD<br>CO RICHARD P OLSON<br>OLSON  BURNS PC<br>PO BOX 1180<br>MINOT ND 58702-1180 | BAYVIEW LOAN SERVICE<br>4425 PONCE DE LEON BLVD 5TH FLOOR<br>MIAMI FL 33146-1837 | BILL RICHEY<br>GRIFFIN  MATTHEWS<br>400 NEECHES AT CROCKET<br>BEAUMONT TX 77701 |
| BONNEMA SURVEYS INC<br>1809 22ND ST NW<br>WILLMAR MN 56201 | BORDER STATES ELECTRIC SUPPLY<br>NW 7235 PO BOX 1450<br>MINNEAPOLIS MN 55485-7235 | ~~EXCLUDE~~<br>~~JON R BRAKKE~~<br>~~VOGEL LAW FIRM~~<br>~~PO BOX 1389~~<br>~~FARGO ND 58107-1389~~ |
| CNHI<br>PO BOX 78004<br>PHOENIX AZ 85062-8004 | CT LIEN SOLUTIONS<br>PO BOX 29071<br>GLENDALE CA 91209-9071 | CAHABA PRESSURE TREATED FOREST PRODUCTS INC<br>12755 MONTEVALLO ROAD<br>P O BOX<br>BRIERFIELD AL 35035-3901 |
| CAHABA PRESURE TREATED FOREST<br>12755 MONTEVALLO RD<br>BRIERFIELD AL 35035-3901 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | CARQUEST AUTO PARTS<br>PO BOX 404875<br>ATLANTA GA 30384-4875 |
| CENTRAL HYDRAULICS INC<br>7245 OLD HIGHWAY 52<br>SAINT CLOUD MN 56303-9400 | CITIBANK NA<br>CO JENNIFER MILLER<br>MCCARTHY BURGESS  WOLFF<br>MBW BLDG 26000 CANNON RD<br>CLEVELAND OH 44146 | CITY OF BAYTOWN<br>PO BOX 424<br>BAYTOWN TX 77522-0424 |
| CITY OF RAPID CITY<br>3006TH ST<br>RAPID CITY SD 57701 | CORPORATE LODGING<br>PO BOX 534722<br>ATLANTA GA 30353-4722 | CROWLEY FLECK PLLP<br>490 N 31ST ST<br>SUITE 500<br>BILLINGS MT 59101-1267 |
| CY FAIR TIRE<br>6516 N GESSNER<br>HOUSTON TX 77040-4014 | DC RAIL AND SUPPLY<br>1014 BROOKHOLLOW DR<br>DEER PARK TX 77536-4844 | ~~EXCLUDE~~<br>~~GENE W DOELING~~<br>~~KALER DOELING LAW OFFICE~~<br>~~3429 INTERSTATE BLVD S~~<br>~~PO BOX 9231~~<br>~~FARGO ND 58106-9231~~ |
| DAKOTA CARRIER NETWORK<br>PO BOX 2484<br>FARGO ND 58108-2484 | DAKOTA FLUID POWER INC<br>3409 N LEWIS AVE<br>SIOUX FALLS SD 57104-5101 | DAKOTA SUPPLY GROUP<br>PO BOX 86<br>MINNEAPOLIS MN 55486-2439 |
| DARR EQUIPMENT CO OF HOUSTON LLC<br>2626 WILLOWBROOK RD<br>DALLAS TX 75220-4423 | DAVID C PIPER<br>38 2ND AVE EAST<br>DICKINSON ND 58601-5217 | DE LAGE LANDEN FINANCIAL SERVICES INC<br>PO BOX 41602<br>PHILADELPHIA PA 19101-1602 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DELTA DENTAL OF MINNESOTA              DEPARTMENT OF THE TREASURY             WA STATE DEPT OF LABOR  INDUSTRIES
PO BOX 9304                            15TH  PENNSYLVANIA                     BANKRUPTCY UNIT
MINNEAPOLIS MN 55440-9304              WASHINGTON DC 20222-0001               PO BOX 44171
                                                                              OLYMPIA WA 98504-4171




DISA GLOBE SOLUTIONS                   EXCLUDE                                DOORBUSTEN PORTABLES  SEPTIC SERV LLC
PO BOX 123731                          GENE W DOELING                         PO BOX 1003
DALLAS TX 75312-3713                   BANKRUPTCY TRUSTEE                     SIDNEY MT 59270-1003
                                       3429 INTERSTATE BLVD S
                                       PO BOX 9231
                                       FARGO ND 58106-9231




ECOLAB PEST ELIM DIV                   ECONOMY PLUMBING                       ELLA ENTERPRISE LLC
26252 NETWORK PLACE                    1120 DYKE AVE                          ATTN ANDREW STRICKLAND
CHICAGO IL 60673-1262                  GRAND FORKS ND 58203-3650              REGISTERED AGENT
                                                                              1801 N GREENVILLE AVE SUITE 400
                                                                              RICHARDSON TX 75081-1621




ENCORE RAIL SYSTEMS                    ENERPRISE RAC OF MTWY                  ENTERGY
6235 S OAK PARK AVE                    PO BOX 6579                            PO BOX 8104
CHICAGO IL 60638-4015                  HELENA MT 59604-6579                   BATON ROUGE LA 70891-8104




EVENRUS WEIGEL  ASSOCIATES             FABYANSKE WESTRA HEART  THOMPSON       FARMERS UNION OIL
197 WOODLAND PARKWAY                   333 7TH STREET                         PO BOX 158
SUITE 104377                           SUITE 2600                             PLAZA ND 58771-0158
SAN MARCOS CA 92069-3020               MINNEAPOLIS MN 55402-2437




FASTENAL COMPANY                       FEDEX                                  FIEBIGER SWANSON WEST  CO PLLP
PO BOX 1286                            P O BOX 94515                          2537 UNIVERSITY DR SOUTH
WINONA MN 55987-7286                   PALATINE IL 60094-4515                 FARGO ND 58103-5743




FIRST HOME BANK                        FIRST HOME BANK                        FORD MOTOR COMPANYFORD CREDIT
9190 SEMINOLE BLVD                     ATTN HECTOR PEREZ                      PO BOX 6508
SEMINOLE FL 33772-3148                 700 CENTRAL AVENUE                     MESA AZ 85216-6508
                                       SAINT PETERSBURG FL 33701-3631




FORKS FREIGHTLINER                     FORX RADIATOR INC                      MATTHEW A FRANK
4200 GATEWAY DRIVE                     301 GATEWAY DRIVE                      NICHOLS KASTER PLLP
PO BOX 12665                           GRAND FORKS ND 58203-2464              80 SOUTH 8TH STREET SUITE 4600
GRAND FORKS ND 58208-2665                                                     MINNEAPOLIS ND 55402-5305




QUINN P FYLLING                        GEAPS                                  GLOBAL SAFETY NETWORK
PEARCE DURICK PLLC                     4800 OLSON MEMORIAL HWY                3590 S 42ND STREET
314 EAST THAYER AVE                    SUITE 150                              GRAND FORKS ND 58201-5941
PO BOX 400                             MINNEAPOLIS MN 55422-5170
BISMARCK ND 58502-0400
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| GRATECH CO LLC<br>8201 282 ST NW<br>BERTHOLD ND 58718-9602 | GREATAMERICA FINANCIAL SERVICES CORPORATIO<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | GUTHMILLER EARTHMOVING INC<br>3903 58TH AVE SE<br>MEDINA ND 58467-9759 |
| H WILLIAM WASDEN<br>BURR  FORMAN LLP<br>11 N WATER STREET<br>SUITE 22200<br>MOBILE AL 36602-5022 | H2O INC<br>3900 N WASHINGTON ST<br>GRAND FORKS ND 58203-1200 | HARRIS CO TOLL ROAD AUTHORITY<br>7701 WILSHIRE PLACE<br>HOUSTON TX 77040-5326 |
| CBOB HELBLING<br>HELBLING AUCTIONEERS LLC<br>321 HIGHWAY 46<br>KINDRED ND 58051-9565 | HELEY DUNCAN MELANDER PLLP<br>8500 NORMANDALE LAKE BLVD<br>SUITE 2110<br>MINNEAPOLIS MN 55437-3813 | HOME POINT FINANCIAL CORPORATION<br>PO BOX 5017<br>TROY MI 48007-5017 |
| HOME POINT FINANCIAL CORPORATION<br>CO D ANTHONY SOTTILE AUTHORIZED AGENT<br>394 WARDS CORNER ROAD SUITE 180<br>LOVELAND OH 45140-8362 | HOOTMAN COMPANY<br>PO BOX 752<br>LA PORTE TX 77572-0752 | DARREL D HORAB<br>HORAB  DREWES<br>PO BOX 1021<br>FARGO ND 58107-1021 |
| HOUGEN MANUFACTING INC<br>PO BOX 2005<br>FLINT MI 48501-2005 | HOUSTON ENGINEERING<br>3712 LOCKPORT ST<br>BISMARCK ND 58503-1220 | HOUSTON FREIGHTLINER WESTERN STAR<br>PO BOX 4889<br>HOUSTON TX 77210-4889 |
| HUBERT GLASS OIL CO<br>36036 HWY 69 N<br>JACKSONVILLE TX 75766-0267 | DREW J HUSHKA<br>VOGEL LAW FIRM<br>215 - 30TH STREET NORTH<br>PO BOX 1077<br>MOORHEAD MN 56561-1077 | IIX INSURANCE INFORMATION EXCHANGE<br>PO BOX 27828<br>NEW YORK NY 10087-7828 |
| ISTC<br>3749 HWY 69 NORTH<br>BEAUMONT TX 77705-1466 | ILLINOIS DEPT OF EMPLOYMENT SECURITY<br>33 S STATE ST 10TH FLR COLL BKRY<br>CHICAGO IL 60603-2808 | INSIGHT TECHNOLOGIES<br>2600 DEMERS AVE 101<br>PO BOX 13477<br>GRAND FORKS ND 58208-3477 |
| INTEGRA TELECOM NKA ALLSTREAM<br>18110 SE 34TH ST<br>BLDG 1 SUITE 100<br>VANCOUVER WA 98683-9418 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERSTATE BILLING SERVICE INC<br>WHITNEY MARSH<br>PO BOX 2250<br>DECATUR AL 35609-2250 |
| INVISIMAX<br>126 WEST JOHNSON AVENUE<br>WARREN MN 56762-1112 | IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES IA 50306-0471 | JLAR TRANSPORTATION<br>5208 S WOODWIND AVE<br>SIOUX FALLS SD 57108-5124 |

| | | |
|---|---|---|
| JEANINE GARNER<br>744 GREAT PLAINS COURT<br>GRAND FORKS ND 58201-7248 | JEANINE GARNER<br>CO MATTHEW A FRANK<br>NICHOLS KASATER PLLP<br>80 S EIGHTH ST<br>4600 IDS CENTER<br>MINNEAPOLIS MN 55402 | JEFFERSON GULF COASTAILPORT TERMINAL<br>350 PINE ST<br>SUITE 1725<br>BEAUMONT TX 77701-2437 |
| JEFFERSON ROCK  SAND<br>12802 287TH AVE<br>PO BOX 609<br>MOBRIDGE SD 57601-0609 | JENSEN ROCK AND SAND INC<br>PO BOX 1963<br>ABERDEEN SD 57402-1963 | JOB SERVICE ND<br>PO BOX 5507<br>BISMARCK ND 58506-5507 |
| JOSEPH M COSTYN<br>COSTYN LAW LLC<br>6550 POWERS FERRY RD NW<br>ATLANTA GA 30339-2933 | JUST ENERGY<br>PO BOX 650518<br>DALLAS TX 75265-0518 | KASEY D MCNARY<br>SERKLAND LAW FIRM<br>10 ROBERTS STREET<br>PO BOX 6017<br>FARGO ND 58108-6017 |
| KNIFE RIVER CORPORATION<br>1150 W CENTURY AVE<br>PO BOX 5568<br>BISMARCK ND 58506-5568 | KNIFE RIVER CORPORATION<br>4825 ROMEDA RD<br>BEAUMONT TX 77705-1198 | KNIFE RIVER CORPORATION<br>CO QUINN P FYLLING<br>314 E THAYER AVE<br>PO BOX 400<br>BISMARCK ND 58502-0400 |
| KNUTSON PRINTING CO<br>1323 UNIVERSITY AVE<br>GRAND FORKS ND 58203-3431 | LB FOSTER<br>PO BOX 643343<br>PITTSBURGH PA 15264-3343 | LAND FORM SURVEYING  DESIGN<br>19136 WEST DENTON ST<br>LITCHFIELD PARK AZ 85340-5745 |
| LASER SYSTEMS<br>2600 DEMERS AVE<br>GRAND FORKS ND 58201-4100 | LIGHTOWLER JOHNSON ASSOCIATES INC<br>700 MAIN AVENUE<br>FARGO ND 58103-1807 | LINCOLN RURAL WATER ASSOCIATION<br>PO BOX 712<br>BROOKHAVEN MS 39602-0712 |
| LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>PO BOX 659443<br>SAN ANTONIO TX 78265-9443 | LITHIA AUTO STORES<br>150 N BARTLETTE ST<br>MEDFORD OR 97501-6032 | MI DEPT OF TALENT  ECON DEVELOPMENT<br>105 W ALLEGAN STREET<br>LANSING MI 48933-1711 |
| MATHIOWETZ CONSTRUCTION COMPANY<br>30676 COUNTY RD 24<br>SLEEPY EYE MN 56085-4359 | MATTHEW A FRANK<br>NICHOLS KASTER PLLP<br>4600 IDS CENTER<br>80 SOUTH 8TH STREET<br>MINNEAPOLIS MN 55402-2100 | MENARDS<br>PO BOX 5219<br>CAROL STREAM IL 60197-5219 |
| MENARDS INDUSTRIES<br>12052 HOMESTEAD RD<br>HOUSTON TX 77050-4508 | METROPOLITAN LIFE INSURANCE COMPANY<br>CO DAVID C PIPER<br>ATTORNEY AT LAW<br>38 2ND AVE EAST<br>DICKINSON ND 58601-5217 | MICHELLE A CHIONGSON MARISA D POULOS<br>BALBOA CAPITAL CORPORATION<br>575 ANTON BOULEVARD 12TH FLOOR<br>COSTA MESA CA 92626-7169 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MICHIGAN DEPARTMENT OF TREASURY<br>COLLECTION SERVICES BUREAU<br>PO BOX 30199<br>LANSING MI 48909-7699 | MIDWEST MAINTENANCE<br>1035 CANTERBURY DR<br>BURLINGTON IA 52601-8655 | MISSISSIPPI DEPARTMENT OF EMPLOYMENT SECURIT<br>PO BOX 1699<br>JACKSON MS 39215-1699 |
| MISSISSIPPI DEPT OF EMPLOYMENT SECURITY<br>1235 ECHELON PARKWAY<br>PO BOX 1699<br>JACKSON MS 39215-1699 | MISSISSIPPI DEPT OF REVENUE<br>PO BOX 1033<br>JACKSON MS 39215-1033 | MISSOURI TIE LLC<br>8324 HIGHWAY 72<br>BUNKER MO 63629-8102 |
| MISSOURI TIE LLC<br>CO GRAHAM H STIEGLITZ ESQ<br>171 17TH STREET NW<br>SUITE 1100<br>ATLANTA GA 30363-1029 | MODERN TRACK MACHINERY<br>134 PARKER DR<br>BEAUFORT SC 29906-8320 | MONTANA STATE FUND<br>PO BOX 31477<br>BILLINGS MT 59107-1477 |
| MONTANA STATE FUND<br>PO BOX 4759<br>HELENA MT 59604-4759 | MOTION INDUSTRIES<br>PO BOX 98412<br>CHICAGO IL 60693-8412 | ND GRAIN DEALERS ASSOCIATION<br>1325 23RD ST S<br>FARGO ND 58103-3723 |
| ND STATE TAX COMMISSIONER<br>600 E BLVD AVE<br>DEPT 127<br>BISMARCK ND 58505-0552 | NAPA AUTO PARTS<br>2815 S WASHINGTON ST<br>GRAND FORKS ND 58201-6718 | NARSTCO INC<br>300 WARD RD<br>MIDLOTHIAN TX 76065-9646 |
| BERLY D NELSON<br>SERKLAND LAW FIRM<br>10 ROBERTS STREET<br>PO BOX 6017<br>FARGO ND 58108-6017 | NORTH DAKOTA MOTOR CARRIERS ASSOC<br>PO BOX 874<br>BISMARCK ND 58502-0874 | NORTHDALE OIL<br>210 GATEWAY DRIVE NE SUITE 1<br>EAST GRAND FORKS MN 56721-1621 |
| NORTHERN COLORADO TRAFFIC CONTROL<br>PO BOX 490<br>GREELEY CO 80632-0490 | NORTHERN TECHNOLOGIES LLC<br>3522 4TH AVENUE S<br>3522 4TH AVENUE S<br>FARGO ND 58103-2224 | NORTHERN TECHNOLOGY<br>3522 4TH AVE S<br>FARGO ND 58103-2224 |
| NORTHSTAR SAFETY INC<br>794 W MAIN AVE<br>WEST FARGO ND 58078-1124 | NORTHWEST TIRE INC<br>PO BOX 6247<br>BISMARCK ND 58506-6247 | RICHARD P OLSON<br>OLSON  BURNS PC<br>PO BOX 1180<br>MINOT ND 58702-1180 |
| OMEGA INDUSTRIES INC<br>7304 NE ST JOHNS RD<br>PO BOX 65369<br>VANCOUVER WA 98665-0013 | ON TRAC SERVICES INC<br>8919 SHELDON RD<br>HOUSTON TX 77049-1836 | ORGO THERMIT<br>3500 COLONIAL DRIVE N<br>MANCHESTER TOWNSHIP NJ 08759-5799 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PEARSON CHRISTIANSEN                CANADA                              PERFORMANCE TRUCK IBS
PO BOX 5758                         PERFORMANCE POLYMERS INNOVATIONS    1025 FIFTH AVENUE SE
GRAND FORKS ND 58206-5758           36 RAGLAN PLACE                     PO BOX 2250
                                    CAMBRIDGE ON N1R762                 DECATUR AL 35609-2250
                                    CANADA


PETRO SERVE USAVALLEY DAIRY         PIERRE SOLID WASTE FACILITY  LANDFILL   PINE BEND PAVING CO
1772 W MAIN AVE                     2800 E PARK                         PO BOX 72
WEST FARGO ND 58078-1325            PO BOX 1253                         VERMILLION MN 55085-0072
                                    PIERRE SD 57501-1253


DAVID C PIPER                       PORTACO INC                         PRAXAIR DISTRIBUTION INC
MACKOFF KELLOGG LAW FIRM            1805 2ND AVE N                      DEPT CH 10660
38 2ND AVE EAST                     MOORHEAD MN 56560-2310              PALATINE IL 60055-0660
DICKINSON ND 58601-5217


CANADA                              PROGRESS RAIL EQUIPMENT LEASING CORP   PROGRESS RAIL LEASING
PRODUCTIVTY PLUS ACCOUNT            15173 NORTH ROAD                    25083 NETWORK PLACE
PO BOX 4561                         FENTON MI 48430-1381                CHICAGO IL 60673-1250
TORONTO ON M5W4S9
CANADA


PROGRESS RAIL SERVICES              PROGRESS RAIL CO CATERPILLAR INC    PROSPECT FOUNDRY LLB7767
24601 NETWORK PLACE                 ATTN K KELLER                       PO BOX 9438
CHICAGO IL 60673-1246               100 NE ADAMS ST                     MINNEAPOLIS MN 55440-9438
                                    PEORIA IL 61629-0001


PROTECTION 1 SECURITY SOLUTIONS     PURCHASE POWER                      PURE HEALTH SOLUTIONS INC
PO BXO 219044                       PO BOX 37184                        PO BOX 742647
KANSAS CITY MO 64121-9044           PITTSBURGH PA 15250-7874            CINCINNATI OH 45274-2647


RELAM                               RELAM INC                           RELAM INC
7695 BOND ST                        PO BOX 204                          PO BOX 607204
SOLON OH 44139-5350                 NORTHFIELD OH 44067-0204            NORTHFIELD OH 44067-204


RDO EQUIPMENT CO                    RDO EXCH 80 5800                    RACINE RAILROAD PRODUCTS INC
ATTN C EDENBORG                     RDO EQUIPMENT CO                    1955 NORWOOD COURT
PO BOX 7160                         ATTN C EDENBORG                     RACINE WI 53403-3875
FARGO ND 58106-7160                 PO BOX 7160
                                    FARGO ND 58106-7160


RAILROAD COMPONENT REBUILDS INC     RAILROAD TOOLS  SOLUTIONS LLC       ROBERT B RASCHKE
PO BOX 404                          4729 RED BANK RD                    ASSISTANT US TRUSTEE
ARCOLA IL 61910-0404                CINCINNATI OH 45227-1527            SUITE 1015 US COURTHOUSE
                                                                        300 SOUTH FOURTH STREET
                                                                        MINNEAPOLIS MN 55415-1320
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DEBTOR                                  RICHARD P OLSON                         RICHARD SAND
WILLIAM KENNETH REIMER                  OLSON  BURNS PC                         SAND LAW PLLC
2445 PEMBROOKE DRIVE                    17 FIRST AVENUE SE                      PO BOX 1933
GRAND FORKS ND 58201-3563               PO BOX 1180                             WATFORD CITY ND 58854-1933
                                        MINOT ND 58702-1180




RICKY SHABU CORPORATION                 ROCK ON TRUCKS                          ROCKLA
ATTN ANDREW STRICKLAND                  3100 7TH ST S                           1819 DENVER WEST DRIVE
REGISTERED AGENT                        WAITE PARK MN 56387-2044                SUITE 450
1801 N GREENVILLE AVE 400                                                       LAKEWOOD CO 80401-3198
RICHARDSON TX 75081-1621




CANADA                                  ROMAR  ASSOCIATES                       ROTO ROOTER
RODNEY SWIFT                            PO BOX 96142                            PO BOX 12762
RODNEY SWIFT WEALTH CORPORATION         HOUSTON TX 77213-6142                   GRAND FORKS ND 58208-2762
616 CADDEL ROAD
MASSEY ON P0P1P0
CANADA




RYDELL AUTO CENTER INC                  SD GRAIN  FEED ASSOCIATION              SECURITIES  EXCHANGE COMMISSION
2700 SOUTH WASHINGTON                   320 E CAPITOL AVE                       175 W JACKSON BLVD
PO BOX 13398                            PIERRE SD 57501-2519                    CHICAGO IL 60604-2908
GRAND FORKS ND 58208-3398




SECURITY FIRST BANK OF NORTH DAKOTA     SECURITY FIRST BANK OF NORTH DAKOTA     SKELTON BUSINESS EQUIPMENT
3000 N 14TH STREET                      CO BERLY D NELSON                       901 W MAIL
PO BOX 4250                             SERKLAND LAW FIRM                       TOMBALL TX 77375-5591
BISMARCK ND 58502-4250                  10 ROBERTS ST
                                        PO BOX 6017
                                        FARGO ND 58108-6017




SMALL BUSINESS ADMINISTRATION           D ANTHONY SOTTILE                       SOUTEX SURVEYORS  ENGINEERS
409 3RD ST SW                           SOTTILE  BARILE LLC                     3737 DOCTORS DR
WASHINGTON DC 20416-0005                394 WARDS CORNER ROAD SUITE 180         PORT ARTHUR TX 77642-5523
                                        LOVELAND OH 45140-8362




SPARKLETTS  SIERRA SPRINGS              SPRINT WASTE SERVICES                   JOSH STEINKE
PO BOX 660579                           1000 S BUSINESS PARK DR                 BERKSHIRE HATHAWAY HOMESERVICES REALTY
DALLAS TX 75266-0579                    PORT ARTHUR TX 77640-1675               1725 32ND AVE S
                                                                                GRAND FORKS ND 58201-6623




STELLA JONES CORPORATION                STRATEGIC RAIL FINANCE                  SUNDREY SAND  GRAVEL
15700 COLLEGE BLVD                      1700 SANSOM ST                          4103 55TH ST SE
SUITE 300                               SUITE 500                               MINOT ND 58701-8001
LENEXA KS 66219-1473                    PHILADELPHIA PA 19103-5210




SURPLUS CENTER                          CANADA                                  TD STAFFORD AND ME STAFFORD
1730 NORTH WASHINGTON                   SWIFT RAILROAD CONTRACTORS              825 BAYSHORE DR
GRAND FORKS ND 58203-1426               616 CADDEL RD                           UNITE 1002
                                        PO BOX 670                              PENSACOLA FL 32507-3470
                                        MASSEY ON P0P1P0
                                        CANADA
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TIMOTHY J PRINDIVILLE              TRACKSENSE INC                    TRACTOR SUPPLY CO
ATTORNEY AT LAW                    308 DURST DR NW                   PO BOX 78003
413 WACOUTA ST SUITE 550           WARREN OH 44483-1106              DEPT 30
SAINT PAUL MN 55101-1645                                             PHOENIX AZ 85062-8003


TRI STEEL MFG COMPANY              TRIUMPH MOTORCYCLES AMERICA LTD   US ATTORNEY
PO BOX 14716                       JOSEPH M COSTYN                   655 FIRST AVENUE NORTH SUITE 250
GRAND FORKS ND 58208-4716          COSTYN LAW LLC                    FARGO ND 58102-4932
                                   6550 POWERS FERRY RD NW
                                   ATLANTA GA 30339-2933


US BANK NA DBA ELAN FINANCIAL SERVICES   US EEOC                     ULINE INC
BANKRUPTCY DEPARTMENT              MINNEAPOLIS ARE OFFICE            PO BOX 88741
PO BOX 108                         330 S 2ND AVE STE 720             CHICAGO IL 60680-1741
ST LOUIS MO 63166-0108             MINNEAPOLIS MN 55401-2529


ULINE SHIPPING SUPPLIES            UNITED RENTALS INC                UNITED VALLEY BANK
12575 ULINE DRIVE                  PO BOX 840514                     2718 S COLUMBIA RD
PLEASANT PRAIRIE WI 53158-3686     DALLAS TX 75284-0514              GRAND FORKS ND 58201-6006


V  H LEASING SERVICE               VAR RESOURCES LLC                 VAR TECHNOLOGY FINANCE
1505 SOUTH CENTRAL AVE             2330 INTERSTATE 30                PO BOX 790448
PO BOX 189                         MESQUITE TX 75150-2720            SAINT LOUIS MO 63179-0448
MARSHFIELD WI 54449-0189


                                   CANADA
VIEWPOINT CONSTRUCTION SOFTWARE    VOESTALPINE NORTRAK LTD           VULCAN MATERIALS
PO BOX 205100                      5500 PARKWOOD WAY                 PO BOX 849131
DALLAS TX 75320-5100               RICHMOND BC V6V2M4                DALLAS TX 75284-9131
                                   CANADA


WASTE MANAGEMENT OF WI MN          SCOTT W WENTZ                     WINZLER
PO BOX 4648                        DREWES  HORAB                     PO BOX 671482
CAROL STREAM IL 60197-4648         PO BOX 1021                       DALLAS TX 75267-1482
                                   FARGO ND 58107-1021


WOLFGANG FISCHER                   WRIGHTWEX                         YELLOWSTONE VALLEY RAILROAD
2101 WALKER ROAD                   PO BOX 6293                       16082 37TH ST NW
BAYTOWN TX 77521-4665              CAROL STREAM IL 60197-6293        FAIRVIEW MT 59221-9480


YELLOWSTONE VALLEY RAILROAD        ZURICH AMERICAN INSURANCE COMPANY
315 W 3RD ST                       1400 AMERICAN LANE
PITTSBURG KS 66762-4706            SCHAUMBURG IL 60196-5452
```